IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| VIRGINIA WARD,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY<br>OF AMERICA,<br><br>　　　　　Defendant. | CV 19-133-BLG-SPW<br><br>ORDER |

Plaintiff Virginia Ward has moved to substitute her claims handling expert David Torres because Mr. Torres is no longer able to serve due to illness. (Doc. 41). Defendant Safeco Insurance Company of America initially opposed the substitution, but has withdrawn its objection upon being provided sufficient proof of Mr. Torres' disability. (Doc. 44). The parties have further agreed on a date for the disclosure of Plaintiff's substitute Rule 26(a)(2)(B) report and Safeco's rebuttal to the same.

Accordingly, there being no objection from Safeco and good cause appearing therefor,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Substitute Expert Witness (Doc. 41) is **GRANTED**. Plaintiff shall serve a Fed.R.Civ.P. 26(a)(2)(B)

disclosure for her substitute claims handling witness by **August 9, 2021** and Safeco may rebut the same within 30 days of Plaintiff's substitute disclosure.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 9th day of June, 2021.

                                                          SUSAN P. WATTERS
                                                        United States District Judge