IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| VIRGINIA WARD,<br><br>Plaintiff-Appellant,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>Defendant-Appellee. | CV 19-133-BLG-SPW<br><br>ORDER |

Pursuant to the parties' Stipulation to Dismiss with Prejudice filed on April 17, 2023, (Doc. 54),

IT IS HEREBY ORDERED that this action is **DISMISSED WITH PREJUDICE** as fully and finally settled on the merits, each party to bear its own costs and attorney's fees.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 17th day of April, 2023

_/s/ Susan P. Watters_
SUSAN P. WATTERS
U.S. District Court Judge

1